IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAZARO BUSTOS ABARCA,**<br><br>                                    Petitioner,<br><br>v.<br><br>**PAT L. VASQUEZ,**<br><br>                                    Respondent. | 1:04-cv-05599-OWW-TAG<br><br>**ORDER GRANTING RESPONDENT'S REQUEST TO MODIFY SCHEDULING ORDER (Doc. 15)** |

On June 23, 2005, Respondent filed a request to modify the briefing schedule (Doc. 15), as set forth in the Court's Order of March 29, 2005. (Doc. 14). Respondent requests an extension of time of forty-five days within which to file a response to the instant petition due to the departure of the attorney originally responsible for this case.

GOOD CAUSE APPEARING therefore, it is HEREBY ORDERED that Respondent's request to modify the scheduling order (Doc. 15), is GRANTED. Respondent must file a response to the petition for writ of habeas corpus within forty-five days of the date of service of this order.

IT IS SO ORDERED.

**Dated:    June 24, 2005**                    /s/ Theresa A. Goldner
j6eb3d                                                  UNITED STATES MAGISTRATE JUDGE

1